**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LILLIAN OLIVERAS, for ZANAIS GONZALEZ,
                                    Plaintiff,

                    -against-

MICHAEL J. ASTRUE, Commissioner of Social
Security,
                                    Defendant.
------------------------------------------------------------X



07 **CIVIL** 2841 (RMB)(JCF)

**JUDGMENT**

**SCANNED**

Whereas on or about May 30, 2008, the Honorable James C. Francis IV, United States

Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that

the Commissioner's decision be vacated and the case remanded for further administrative

proceedings, and the matter having come before the Honorable Richard M. Berman, United States

District Judge, and the Court, on June 25, 2008, having rendered its Decision and Order adopting

the report in its entirety and remanding the case to the Commissioner for reconsideration pursuant

to the fourth sentence of 42 U.S.C. §405(g), it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Decision and Order dated June 25, 2008, the report is adopted in its entirety and the case is

remanded to the Commissioner for reconsideration pursuant to the fourth sentence of 42 U.S.C.

§405(g); accordingly, the case is closed.

**Dated:** New York, New York
          June 26, 2008

                                    **J. MICHAEL McMAHON**
                                    _____
                                    **Clerk of Court**

                          **BY:**   _____
                                    **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON _____**